UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 25-2439 AB (PVC)                    Date:  May 19, 2026

Title      Erik Taylor v. Merin, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:    [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

On March 11, 2025, Erik Taylor, a California state prisoner proceeding *pro se*, constructively filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  (Dkt. No. 1). On March 24, 2025, the case was assigned to the Honorable Andre Birotte Jr. and the Honorable Patricia Donahue.  (Dkt. No. 5).  On August 8, 2025, Upon Recusal by the Honorable Patricia Donahue, the Court randomly reassigned the Case to the Honorable Pedro V. Castillo for all further proceedings and issued a corresponding text entry.  (Dkt. No. 8).

On May 12, 2026, Docket Number 20, an Order Granting Plaintiff IFP status was returned to the Court as undeliverable.  (Dkt. No. 21).  Thus, the Court does not have a current address for Plaintiff and is unable to move this case forward.

Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of his current address or the Court may dismiss this action:

---

CV-90 (03/15)                    Civil Minutes – General                    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 25-2439 AB (PVC)                              Date:  May 19, 2026

Title        Erik Taylor v. Merin, et al.


A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **June 5, 2026** why this action should not be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address.  Plaintiff may discharge this Order by filing a response with a current address.

    **If Plaintiff no longer wishes to pursue his claims, he may voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.  Plaintiff is not required to seek permission of the Court to dismiss his case because no Defendant has yet appeared or responded.  Fed. R. Civ. P. 15(a)(1).  However, Plaintiff is cautioned that any dismissed claims may be subject to a statute of limitations defense if Plaintiff seeks to reassert them in a later action.  Plaintiff is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    The Deputy Clerk is directed to serve a copy of this Order upon Plaintiff at his current address of record:  Erik Taylor BZ-5845 11802 South Main Street Los Angeles, CA 90061.  IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |